IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Orson Judd,<br><br>                     Plaintiff,<br>vs.<br><br>KeyPoint Government Solutions, Inc.,<br><br>                     Defendant. | No. CV-17-08050-PHX-SPL<br><br>**ORDER** |

Before the Court is Defendant KeyPoint Government Solutions, Inc.'s Expedited Motion to Stay. (Doc. 12.) Defendant seeks a stay of litigation deadlines pending resolution of Defendant's motion to transfer venue, as the outcome is potentially dispositive, at least as to this Court's jurisdiction. Plaintiff Orson Judd does not oppose the motion. (Doc. 13.) Finding good cause, the Court will grant the motion.

**IT IS ORDERED:**

1. That Defendant KeyPoint Government Solutions, Inc.'s Expedited Motion to Stay (Doc. 12) is **granted,** including briefing on the Motion for Conditional Certification (Doc. 11);

2. That Plaintiff shall file a response to the Motion to Transfer (Doc. 9) no later than **May 1, 2017**; and

///

///

///

3. That Defendant may file a reply no later than **May 8, 2017**.

Dated this 27th day of April, 2017.

_____
Honorable Steven P. Logan
United States District Judge